IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| AEROSPACE SOLUTIONS, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>GREGORY W. ABBOTT, in his official capacity as Governor of the State of Texas; and GLENN A. HEGAR, JR., in his official capacity as Texas Comptroller of Public Accounts,<br><br>　　　　　　　Defendants. | Civil Action No. 1:24-cv-1383<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Aerospace Solutions, LLC, identifies its parent corporation, Open Holdings, LLC. There are no publicly traded corporations owning more than 10% of the stock in Plaintiff Aerospace Solutions, LLC.

DATED: November 13, 2024.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Erin E. Wilcox
　　　　　　　　　　　　　　　　　　ERIN E. WILCOX
　　　　　　　　　　　　　　　　　　N.C. Bar No. 40078
　　　　　　　　　　　　　　　　　　Pacific Legal Foundation
　　　　　　　　　　　　　　　　　　555 Capitol Mall, Suite 1290
　　　　　　　　　　　　　　　　　　Sacramento, California 95814
　　　　　　　　　　　　　　　　　　Telephone: (916) 419-7111
　　　　　　　　　　　　　　　　　　EWilcox@pacificlegal.org

　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*