## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Texas

Case Number: 1:24-CV-01383-DII

Plaintiff:
**Aerospace Solutions, LLC**

vs.

Defendants:
**Gregory W. Abbott, in his official capacity as Governor of the State of Texas, and Glenn A. Hegar, Jr., in his official capacity as Texas Comptroller of Public Accounts**

For:
Pacific Legal Foundation
555 Capitol Mall
Suite 1290
Sacramento, CA 95814

Received by Markus Fagerberg on the 15th day of November, 2024 at 2:55 pm to be served on **Gregory W. Abbott, in his official capacity as Governor of the State of Texas, 1100 San Jacinto, Austin, Travis County, TX 78701**.

I, Markus Fagerberg, being duly sworn, depose and say that on the **20th day of November, 2024 at 3:35 pm, I:**

delivered to a **GOVERNMENT AGENCY** by personally delivering a true copy of the **Summons, Complaint with Exhibit 1, Civil Cover Sheet, Plaintiff's Corporate Disclosure Statement, Motion for Admission Pro Hac Vice, Docket Text Page Assigning Judge, and Docket Text Page Assigning Magistrate** with the date of service endorsed thereon by me, to: **Kenny Moreland,** as **Assitant General Counsel** for **Gregory W. Abbott** at the address of **1100 San Jacinto, Austin, Travis County, TX 78701**.

I certify that I am over the age of 18, I am not a party to the suit, and I am a disinterested person with no interest in the outcome of the suit. I delivered the listed documents with the date of service endorsed thereon by me and informed the recipient of the contents therein, in compliance with state statutes.

My name is Markus Fagerberg. My date of birth is 7/19/2000. My work address is 1100 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on November 20, 2024 by Markus Fagerberg, declarant.

Subscribed and Sworn to before me on the 20th day of November, 2024 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

TERESA GONZALEZ
Notary Public, State of Texas
Comm. Expires 06-20-2027
Notary ID 134415710

Markus Fagerberg
PSC- 23308; Exp. 09/30/2025

Austin Process LLC
1100 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: MST-2024010369
Ref: E&O-2024-DR-015-EEW

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a