# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Texas

Case Number: 1:24-CV-01383-DII

Plaintiff:
**Aerospace Solutions, LLC**

vs.

Defendants:
**Gregory W. Abbott, in his official capacity as Governor of the State of Texas, and Glenn A. Hegar, Jr., in his official capacity as Texas Comptroller of Public Accounts**

For:
Pacific Legal Foundation
555 Capitol Mall
Suite 1290
Sacramento, CA 95814

Received by Markus Fagerberg on the 15th day of November, 2024 at 2:55 pm to be served on **Glenn A. Hegar, Jr., in his official capacity as Texas Comptroller of Public Accounts, 111 East 17th Street, Austin, Travis County, TX 78774**.

I, Markus Fagerberg, being duly sworn, depose and say that on the **20th day of November, 2024** at **3:50 pm, I**:

delivered to a **GOVERNMENT AGENCY** by personally delivering a true copy of the **Summons, Complaint with Exhibit 1, Civil Cover Sheet, Plaintiff's Corporate Disclosure Statement, Motion for Admission Pro Hac Vice, Docket Text Page Assigning Judge, and Docket Text Page Assigning Magistrate** with the date of service endorsed thereon by me, to: **Elena Bendea, as Legal Assistant** for **Glenn A. Hegar, Jr.** at the address of **111 East 17th Street, Austin, Travis County, TX 78774**.

I certify that I am over the age of 18, I am not a party to the suit, and I am a disinterested person with no interest in the outcome of the suit. I delivered the listed documents with the date of service endorsed thereon by me and informed the recipient of the contents therein, in compliance with state statutes.

My name is Markus Fagerberg. My date of birth is 7/19/2000. My work address is 1100 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on November 20, 2024 by Markus Fagerberg, declarant.

**Markus Fagerberg**
PSC- 23308; Exp. 09/30/2025

Subscribed and Sworn to before me on the 20th day of November, 2024 by the affiant who is personally known to me

NOTARY PUBLIC

TERESA GONZALEZ
Notary Public, State of Texas
Comm. Expires 06-20-2027
Notary ID 134415710

**Austin Process LLC**
1100 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: MST-2024010374
Ref: E&O-2024-DR-015-EEW