# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| AEROSPACE SOLUTIONS, LLC, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 1:24-cv-01383-DII |
| | § | |
| GREGORY W. ABBOTT, in his official | § | |
| capacity as Governor of the State of Texas; | § | |
| and GLENN A. HEGAR, in his official | § | |
| capacity as Texas Comptroller of Public | § | |
| Accounts, | § | |
|     *Defendants*. | § | |

## PROPOSED ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

On this day the Court considered the Defendants' Unopposed Motion for Extension of Time to File Responsive Pleading After due consideration, the Court **GRANTS** the Defendants' Motion.

Defendants shall file their responsive pleading to Plaintiff's Original Complaint on or before January 13, 2025.

So **ORDERED**.

SIGNED on _____, 2024.

_____