**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| AEROSPACE SOLUTIONS, LLC, § | |
|     *Plaintiff*, § | |
| § | |
| v. § | Civil Action No. 1:24-cv-01383-DII |
| § | |
| GREGORY W. ABBOTT, in his official § | |
| capacity as Governor of the State of Texas; § | |
| and GLENN A. HEGAR, in his official § | |
| capacity as Texas Comptroller of Public § | |
| Accounts, § | |
|     *Defendants*. § | |

**PROPOSED ORDER ON DEFENDANT'S THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

On this day the Court considered the Defendants' Third Unopposed Motion for Extension of Time to File Responsive Pleading. After due consideration, the Court **GRANTS** the Defendants' Motion.

Defendants shall file their responsive pleading to Plaintiff's Original Complaint on or before February 26, 2025.

So **ORDERED**.

SIGNED on _____ 2025.

_____
JUDGE PRESIDING